# Inner City Press

September 10, 2021

By E-mail to Chambers

**Let this be filed.**

Hon. Robin Meriweather, United States Magistrate Judge
E. Barrett Prettyman Courthouse
333 Constitution Avenue N.W., Washington D.C. 20001

Re: Application for PUBLIC Access to videos in US v. Copeland, 21-mj-00403-RMM

Dear Magistrate Judge Meriweather:

  This is an application for access to videos used as judicial documents in the above captioned case, which I have been reporting on for Inner City Press. During this morning / afternoon's detention hearing videos were referenced. As noted, "The defense objected to their disclosure, but presented no legal ground for the objection." The videos should be made available to the public at large.

If necessary, this is a formal application pursuant to Local Criminal Rule 57.6 and Standing Order No. 21-28 (BAH) and citing Judge Mehta's grant of a similar application in US v. Harrelson https://www.documentcloud.org/documents/21037354-capitolcases5pressaccessvideoharrelsonmotionmehtaicp080521

From DDC Local Criminal Rule 57.6

"Any news organization ...  shall file an application for such relief with the Court. The application shall include a statement of the applicant's interest in the matter as to which relief is sought, a statement of facts, and a specific prayer for relief."

**Interest in the matter:** Inner City Press covers dozens of the January 6 cases, its reporting has been cited in numerous other media. There is no reason for it to have access denied or delayed to videos this Court has provided to other media outlets.

**Statement of facts:** The video was used as a judicial document in this Court and must be made available, to all and not just some.

**Specific prayer for relief:** Make the video publicly available. In the interim, instruct the Office of the US Attorney to make it available.

  Note: we still do not have access to the previously requested video in US v. Lazar, 21-mj-00533

  This is being emailed to Chambers, and the same AUSA and defense & Coalition counsel, and should as in Harrelton and James be docketed: I do not have filing privileges in DDC, and that should not be required for the press to have access to judicial documents such as these.

Thank you.

Matthew Russell Lee

cc: michael.romano@usdoj.gov, hhsesq@aol.com


Inner City Press: In-house SDNY: Room 480, 500 Pearl Street, NY NY 10007
E-mail: Matthew.██████████████████ - Tel: 718-716-3540
Regular Mail: Dag Hammarskjold Center, Box 20047, New York, NY 10017