UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:21-cr-00570 (APM) |
| v. : | |
| : | |
| LANDON KENNETH COPELAND, : | |
| : | |
| Defendant. : | |

**REVISED NOTICE REGARDING EXHIBITS TO THE
GOVERNMENT'S MEMORANDUM IN SUPPORT OF PRETRIAL DETENTION**

Pursuant to Local Rule 49(e)(1) and Magistrate Judge Meriweather's Minute Order issued on September 10, 2021, the government files this Notice regarding exhibits submitted to the Court with its Memorandum in Support of Pretrial Detention. The government submitted four video clips, which were not in a format that readily permitted electronic filing, to the Court and to defense counsel by email. Each exhibit records events from January 6, 2021, and each was clipped from longer video; so, none of the exhibits have any internal time stamps that were provided to the Court or referenced by the government. The government will maintain these video clips in its possession as required by the Rule. The exhibits are as follows:

Exhibit 1: Video showing defendant push another rioter into an officer, then grapple and struggle with other officers (28 seconds)
Exhibit 2: Video showing defendant struggle with officers and rioters over a metal barricade (15 seconds)
Exhibit 3: Video showing beginning of struggle over metal barricade (different angle) (21 seconds)
Exhibit 4: Video showing end of struggle over metal barricade (different angle) (14 seconds)

        Respectfully submitted,

        CHANNING D. PHILLIPS
        ACTING UNITED STATES ATTORNEY

By:    */s/ Michael J. Romano*
        MICHAEL J. ROMANO
        Trial Attorney, Detailee
        IL Bar No. 6293658
        555 4th Street, N.W.
        Washington, D.C. 20530
        202-307-6691
        michael.romano@usdoj.gov