# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No. 21-cr-570 (APM) |
| | ) | |
| **LANDON KENNETH COPELAND,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

On August 13, 2021, the United States filed a memorandum supporting its request that the Court detain Defendant Landon Kenneth Copeland ("Mr. Copeland") pending trial, and presented two theories supporting pretrial detention in that memorandum. *See* Mem. In Support of Pretrial Detention, ECF No. 11 ("Det. Memo"). First, the United States argued that Mr. Copeland should be detained pending trial pursuant to 18 U.S.C. § 3142(e) and (f)(1)(A) because he presents a danger to the community that cannot be adequately mitigated by release conditions. *See* Det. Memo at 1–2, 12–13, 15–21. Second, the United States requested that the Court further find that Mr. Copeland had violated the pretrial release conditions set at his initial appearance in the United States District Court for the District of Utah, and revoke those release conditions and order his detention pursuant to 18 U.S.C. § 3148(b). *See* Det. Memo at 1–2, 14–15, 21–24. After conducting a hearing at which evidence was presented regarding both theories of pretrial detention, the undersigned magistrate judge granted the motion for pretrial detention under 18 U.S.C. § 3142(e), remanded Mr. Copeland to the custody of the United States Marshal to be held without bond pending trial, and took the petition to revoke Mr. Copeland's pretrial release under

advisement.  *See* Sept. 10, 2021 Min. Entry; Order of Detention Pending Trial, ECF No. 22; *see also* Aug. 20, 2021 Oral Motion (requesting revocation of Mr. Copeland's release conditions).

Having considered the record and the parties' written and oral arguments, the undersigned concludes that the determination that Mr. Copeland should be held pending trial pursuant to 18 U.S.C. § 3142(e)(1) makes it unnecessary to also determine whether Mr. Copeland's earlier pretrial release conditions should be revoked pursuant to 18 U.S.C. § 3148. The United States presented two independent theories for pretrial detention, and accepting one renders the other superfluous.  Accordingly, the undersigned hereby DENIES as moot the United States' alternative request to revoke Mr. Copeland's release under 18 U.S.C. § 3148(b).

As stated on the record, and for the reasons further delineated in the Order of Detention Pending Trial, Mr. Copeland is hereby remanded into the custody of the United States Marshals Service to be held without bond pending trial.

Dated:   09/27/2021

ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE