UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 1:21-cr-00570-APM |
| v. : | |
| : | |
| LANDON KENNETH COPELAND, : | |
| : | |
| Defendant. : | |

# ORDER

Before the Court is a Joint Motion to Continue. For the reasons set forth therein, it is hereby:

**ORDERED** that the current status hearing set for March 30, 2022 be continued to May 2, 2022 at 10:30 a.m.; and it is further

**ORDERED** that the time between March 30, 2021 and May 2, 2022 be excluded from calculation under the Speedy Trial Act. The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial, as the continuance will provide the parties with additional time to engage in the discovery process and pretrial negotiations.

DATE:

_____
Amit P. Mehta
United States District Judge