UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                    21-CR-570 APM

LANDON COPELAND

CONSENT MOTION FOR CONTINUANCE OF SENTENCE

Counsel for defendant Landon Copeland, with the consent of the Government, moves for a Continuance of Sentence now scheduled for September 9th, 2022 for sixty days. The defendant requests additional time to permit an in Utah to complete a forensic evaluation of him for use in mitigation of sentence. The Government is available in December as is counsel for the Defendant.

WHEREFORE we respectfully request a continuance of Sentence and waive any Speedy Sentencing argument to allow an expert adequate time to complete a forensic evaluation of Mr. Copeland who is incarcerated in Utah.

Respectfully submitted,

_____/s/_____
H. Heather Shaner D.C.#273276
Ryan  Stout, Utah #10300
1702 S Street N.W.
Washington, D.C. 20009
Tel. 202 265 8210. hhsesq@aol.com