UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNTED STATES OF AMERICA

v.          21 Cr 570. Judge Mehta

LANDON COPELAND

CONSENT MOTION TO VACATE MARCH 15, 2023
DATE AND TO RESCHEDULE SENTENCING

    Counsel for Mr. Copeland in conjunction with the Office of the United States Attorney now move this Court to reschedule the Sentencing of Landon Copeland from the date of March 15, 2023 to April 4th, 2023.  Mr. Copeland has not been brought to the District of Columbia by the United States Marshal in time to go forward on the original date.

    WHEREFORE,   we move the Court to reschedule Sentencing until April 4, 2023.

Respectfully submitted,

_____/s/_____
H. Heather Shaner, Esq. # 273276
Appointed by the Court for
Landon Copeland
1702 S Street  N.W.
Washington, D.C. 20009
Tel. 202 265 8210
hhsesq@aol.com