UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNTED STATES OF AMERICA

v.                                         21 Cr 570. Judge Mehta

LANDON COPELAND

CONSENT MOTION TO VACATE BRIEFING SCHEDULE
FOR DEFENSE SENTENCING MEMORANDUM

Counsel for Mr. Copeland, in conjunction with the Office of the United States Attorney, now moves this Court to reschedule the Briefing of the Defense Sentencing Memorandum of Landon Copeland from the date of March 21, 2023 to a date after the defendant arrives in Washington, D.C. .

Mr. Copeland has not yet been brought to the District of Columbia by the United States Marshal.

**WHEREFORE,** we move the Court to reschedule filing of a Sentencing Memorandum until after the defendant is transported by the U.S. Marshal to the Washington, D.C. metropolitan area.

Respectfully submitted,

_____/s/_____
H. Heather Shaner, Esq. # 273276
Appointed by the Court for
Landon Copeland

1702 S Street  N.W.
Washington, D.C. 20009
Tel. 202 265 8210
hhsesq@aol.com