AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cr-570 |
| Landon Copeland | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Landon Copeland- Defendant

Date: 03/20/2023

*Attorney's signature*

Ryan D. Stout UT- 10300
*Printed name and bar number*

132 W. Tabernacle St, BLDG B
St. George, Utah 84770
*Address*

ryanstout13@hotmail.com
*E-mail address*

(435) 628-4411
*Telephone number*

(435) 628-9260
*FAX number*