UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNTED STATES OF AMERICA

v.  21 Cr 570. Judge Mehta

LANDON COPELAND

NOTICE TO THE COURT

    Counsel for Mr. Copeland, in conjunction with the Office of the United States Attorney, now notifies the Court, the U.S. Marshal has not released any information as to the whereabouts of Landon Copeland.  We have no information whether he is in the D.C. Metropolitan area.

    It is our belief Mr. Copeland has not yet been brought to the District of Columbia by the United States Marshal.

Respectfully submitted,

_____/s/_____
H. Heather Shaner, Esq. # 273276
Appointed by the Court for
Landon Copeland
1702 S Street  N.W.
Washington, D.C. 20009
Tel. 202 265 8210
hhsesq@aol.com