-E+UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA

      v.                                      21-cr-570 APM

LANDON KENNETH COPELAND


## MOTION TO IGNORE UNTIMELY FILED
## VICTIM IMPACT STATEMENT


At 12:30 on May 8th, 2023 counsel was served with a document labeled "Victim Impact Statement."  Counsel respectfully request the Court ignore the letter from Sgt. Gonnell as untimely filed and in violation of Due Process.  The defendant in the past two years was never given Notice or an opportunity to be heard on the allegations directed at Mr. Copeland.

There are thousands of hours of videos, including several sent to the Court for Sentencing by the Government.  Throughout the two years this case has been pending the only official victim known to counsel or the defendant was Officer T.R.  See Statement of Offense.  p. 4 See PSR p. 10. The only victim known to Copeland or disclosed to counsel is Officer T.R. See PSR p. 13 ¶ 39.

Counsel has spoken with DoJ Romano about the late Government filing. Counsel and the defendant have been blind-sided by this filing.  There is nothing in the discovery, the Statement of Facts, the PSR or the Government Sentencing Memo that refers to Sgt. Gonnell. There is no

evidence known to the defendant or counsel linked to the specific allegations.

We ask the Court to not consider the specific allegations of Sgt. Gonnell as to Mr. Copeland for these and such other reasons as will be presented in Court.

Respectfully submitted,
_____/s/_____
H. Heather Shaner. #273276
Appointed by the Court
for Landon Copeland


_____/s/_____
Ryan Stout Co Couse;